

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT ARNOLD KOESTER,<br>a/k/a Bert Kay,<br><br>Defendant. | Magistrate Case No.: 19MJ0007<br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, U.S.C. § 2251(a) & § 2251(e) –<br>Sexual Exploitation of a Minor |

The undersigned Complainant, being duly sworn, states:

Count One

On or about September 1, 2018, within the Southern District of California, defendant ROBERT ARNOLD KOESTER, did employ, use, persuade, induce, entice, and coerce a minor, MV1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Sections 2251(a) and (e).

Count 2

On or about November 12, 2018, within the Southern District of California, defendant ROBERT ARNOLD KOESTER, did employ, use, persuade, induce, entice,

and coerce a minor, MV2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Sections 2251(a) and (e).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Arlo Duczakowski, Special Agent
Federal Bureau of Investigation

Sworn to me and subscribed in my presence this 2ⁿᵈ day of ~~December, 2018~~ JANUARY, 2019

HONORABLE PETER C. LEWIS
United States Magistrate Judge

STATEMENT OF FACTS

I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) assigned to the San Diego, California office. I have been employed by the FBI as a SA since March 2009. I am currently assigned to the North County Resident Agency (NCRA) as the FBI Child Exploitation Task Force Coordinator for North San Diego County. I am also assigned to the San Diego Internet Crimes Against Children (ICAC) Task Force. This complaint is based on my own investigation and on information I received from other law enforcement officers.

On or about November 13, 2018, a minor female (hereinafter MV2) and her parents made a report to the Carlsbad Police Department (CPD) regarding Robert Arnold KOESTER, who they knew as "Bert Kay." MV2 told CPD that on November

2

12, 2018, KOESTER took nude photographs of her during a photography session at a condominium in Carlsbad, California, which is within the Southern District of California. Prior to the photography session, MV2 inquired with KOESTER as to whether such pictures would be illegal child pornography since she was not yet eighteen years old. MV2 reported that KOESTER assured her that it would not be illegal as long it was not a pornographic video. MV2 said KOESTER then photographed her in various stages of undress, including when she was naked. MV2 reported that KOESTER positioned her in several different ways, including positions in which her breasts, vagina, and anus were fully exposed to the camera. MV2 stated that Koester photographed her in every pose. At one point, Koester placed his thumb over MV2's vagina. KOESTER also had MV2 pose with his fingers in her mouth and was smiling as though it gave him pleasure. MV2 said KOESTER told her he was checking her gag reflex. MV2 also reported KOESTER posed her in a pose in which KOESTER had his hand around her neck. MV2 said KOESTER touched her neck, breasts, vagina, buttocks, and anus with his hands during the photography session.

    Upon receiving this information, the CPD obtained a sealed state search warrant for KOESTER's rented condominium in Carlsbad, for all vehicles parked at or near the premises which could be identified as being associated with that location, and for the person of KOESTER. That same morning, officers from the CPD executed the search warrant. Several items of evidence, including digital evidence, were seized pursuant to the state search warrant.

    That same day, KOESTER was contacted by CPD officers at his rented condominium and was arrested without incident. KOESTER was transported to the CPD and interviewed. KOESTER was advised of his rights under Miranda, did not have any questions regarding his rights, and voluntarily spoke with CPD detectives. KOESTER confirmed that he owns a residence in Oregon and traveled to California regularly to photograph both adult and minor models. KOESTER admitted he was photographing MV2 for modeling purposes. KOESTER said he met with MV2 on

3

November 12, 2018, at his short-term rental residence in Carlsbad. He said he took hundreds of naked photographs of MV2 in various positions. KOESTER admitted to touching MV2's vagina, anus, and breasts. Koester said he took nude photographs of MV2 to prepare her for a future modeling career with Playboy. KOESTER said he posed MV2 to sexualize her for photographs. KOESTER said he grabbed MV2's neck and had her lick his finger while photographing her. KOESTER said that he sent MV2 images depicting nude photographs of other people so she would know the type of work he did and to show her what they would be doing in photography sessions. KOESTER stated he took hundreds, if not thousands of nude photographs of MV2. KOESTER admitted he had taken similar photographs with other minors over the past several years of his photography career, some of which had been deleted. KOESTER argued that he took nude photographs of underage models to get them comfortable with taking pornographic photographs for their adult modeling careers.

After KOESTER's arrest, the media published various stories regarding KOESTER's arrest and his affiliation with a local modeling agency. After seeing the media coverage, on or about November 19, 2018, another minor female (hereinafter "MV1") and her parents made a report to the CPD regarding KOESTER. MV1 told the CPD that KOESTER had photographed her nude on several occasions, in locations within the Southern District of California. MV1 denied meeting with KOESTER in any locations outside San Diego County. MV1 reported that the most recent photography session had taken place in or about September of 2018. MV1 said KOESTER showed her pictures of other models who were completely naked and told her he wanted to photograph her naked for a book he was making. MV1 said KOESTER photographed her in various stages of undress, including when she was naked. MV1 said KOESTER touched her neck, breasts, vagina, and buttocks with his hands during the photography sessions. MV1 said KOESTER also digitally penetrated her vagina. MV1 believed KOESTER took photographs and videos of her with a camera and a cellular telephone.

4

MV1 said KOESTER told her not to tell anyone because he did not want to get into trouble because she was a minor.

On December 6, 2018, a federal search warrant was obtained for items of digital evidence seized from KOESTER's rental condominium by the CPD. Pursuant to the search warrant, I reviewed multiple digital files contained on said items of digital evidence.

One of the items I reviewed was KOESTER's laptop, an Apple MacBook, the components of which were primarily manufactured in China. On the laptop, I located several image and video files, which appeared to depict MV1 engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256. Two of the digital files are described as follows:

   a. *IMG_4880.MOV* – This video depicts an adult male penetrating MV1's vagina with his penis. MV1 is laying on her back with a gray shirt on, but she is naked from the waist down. The male is holding MV1's legs up toward her head. MV1 appears to be unconscious and non-responsive.
   b. *IMG_4881.MOV* – As in *IMG_4881.MOV*, this video depicts an adult male penetrating MV1's vagina with his penis. MV1 is laying on her back with a gray shirt on, but she is naked from the waist down. The male is holding MV1's legs up toward her head. MV1 appears to be unconscious and non-responsive.

The metadata associated with these files indicated that they were each created on September 1, 2018. Other still images were located with similar file names, which depicted MV1 engaged in sexually explicit conduct. The metadata associated with those still images indicated that the images were created with an Apple iPhone. Thus, even though similar metadata for the video files was not observed, it is believed that the videos were also created with an Apple iPhone. Apple iPhones are not manufactured within the state of California and must be transported in interstate or foreign commerce to be used therein. Based on the statement of MV1, indicating that she had not met with KOESTER outside of San Diego County, it is believed these files were created within the Southern District of California.

During the course of the investigation, I also reviewed a memory card, which was manufactured in China. On the memory card, I located several images and videos which appeared to depict MV2 engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256. Two of the digital files are described as follows:

a. *1Q8A4846* – This image depicts MV2 laying on her back. MV2 is pulling her legs back towards her head. MV2 is naked and her genital area is visible. A male's hand is on MV2's vagina with his thumb touching her anus.
b. *1Q8A5192* – This video depicts KOESTER clothed and sitting on a chair. KOESTER instructs MV2, who is naked, to sit on his lap facing away from him. KOESTER and MV2 are both facing the camera. KOESTER moves his hands across MV2's body to include her breasts and genitals. KOESTER kisses MV2's neck, then puts his hands on her neck and puts his fingers in her mouth. MV2 gags on KOESTER's fingers and he laughs.

The metadata associated with these digital files indicated that they were each created on November 12, 2018. The metadata for the still image indicated that the image file was created with a Canon EOS 5D Mark III camera, which was manufactured in Japan. Given the similarity in the file titles and the activity depicted in the still images and videos, it is believed that the video was also created with the Canon camera. The background depicted in the photos is consistent with MV2's statements that the depictions were created in KOESTER's rented condominium in Carlsbad, within the Southern District of California.

6