AO 442 (Rev. 11/11) Arrest Warrant

~~NOT FOR PUBLIC VIEW~~

**FILED**
FEB 0 8 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | | |
|---|---|---|
| United States of America<br>v.<br><br>ROBERT ARNOLD KOESTER,<br>a/k/a Bert Kay<br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  19MJ0007 |

RECEIVED U.S. MARSHALS-SCA
2019 JAN -2 AM 10:44

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    ROBERT ARNOLD KOESTER, a/k/a Bert Kay

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 2251(a) & (e) - Sexual Exploitation of Children

1/3/19 USMS

DATE: _____
ARRESTED BY: _____
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: _____

Date:  1/2/2019 @ 9:00 a.m.

_Issuing officer's signature_

City and state:    San Diego, California          Honorable Peter C. Lewis, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____

Date: _____

_Arresting officer's signature_

_Printed name and title_