ROBERT S. BREWER, JR.
United States Attorney
RENEE GREEN
Special Assistant U.S. Attorney
Illinois Bar No.: 6270798
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6775
Email:  Renee.Green@usdoj.gov

Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No.: 19-MJ-0007-JLB |
|---|---|
| Plaintiff, | |
| v. | **JOINT MOTION FOR PROTECTIVE ORDER FOR INFORMATION REGARDING MINORS AND ORDER REGARDING COMPLIANCE WITH 18 U.S.C. § 3509(d)** |
| ROBERT ARNOLD KOESTER, | |
| Defendant. | |

It is the JOINT MOTION of the parties that the Court sign, and cause to be filed, the proposed "Protective Order for Information Regarding Minors and Order Regarding Compliance with 18 U.S.C. § 3509(d)." The protective order is necessary in order to give the defense reasonable access to the discovery in this case, which contains identifying information regarding minor victims.

DATED: February 12, 2019          Respectfully submitted,

                                   ROBERT S. BREWER, JR.
                                   United States Attorney

/s/*Melissa Bobrow*                /s/*Renee Green*
Melissa Bobrow                     Renee Green
Counsel for Defendant              Special Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT ARNOLD KOESTER,<br><br>　　　　　Defendant | Case No.: 19-MJ-0007-JLB<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, RENEE GREEN, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of United States' JOINT MOTION FOR PROTECTIVE ORDER, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

　　Melissa Bobrow, Esq.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

　　None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2019.

　　　　　　　　　　　　　　　　s/*Renee Green*
　　　　　　　　　　　　　　　　RENEE GREEN
　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney