

#10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT ARNOLD KOESTER,<br><br>    Defendant. | Case No. 19-MJ-0007-JLB<br><br>**ORDER OF DETENTION ON DEFENDANT'S WAIVER OF BAIL PENDING TRIAL** |

In accordance with the Bail Reform Act of 1984 (18 U.S.C. § 3141, *et seq.*), a detention hearing was set for February 12, 2019, in order to determine whether ("defendant") Robert Arnold Koester should be held in custody pending trial. Special Assistant United States Attorney Renee Green appeared on behalf of the United States. Attorney Melissa Bobrow appeared on behalf of the defendant. The defendant knowingly and voluntarily waived his right to the setting of bail and a detention hearing on the record and in the presence of counsel.

### **O R D E R**

IT IS HEREBY ORDERED, based on the defendant's waiver, that the defendant be detained pending trial and, if convicted, sentencing in this matter,

without prejudice or waiver of the defendant's right to later apply for bail and conditions of release, and without prejudice or a waiver of the right of the United States to seek detention in the event of an application by the defendant for such relief.

IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and Government counsel.

This order is made without prejudice to modification by this Court, or the court in the originating district, and without prejudice to the defendant's exercise of his right to bail and a detention hearing at a future date.

IT IS SO ORDERED.

DATED: 2/12/19

HONORABLE JILL L. BURKHARDT
United States Magistrate Judge