FILED

Mar 07 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ carolinal          DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  '19 CR0782 JLS |
| Plaintiff, | ) |
| | ) INFORMATION |
| v. | ) |
| | ) Title 18, U.S.C., Sec. 2251(a) & (e)- |
| | ) Sexual Exploitation of a Child (2 |
| ROBERT ARNOLD KOESTER, | ) Counts) |
| | ) |
| | ) Title 18, U.S.C., Sec. 2253 – Criminal |
| Defendant. | ) Forfeiture |

The United States Attorney charges:

### Count 1

On or about September 1, 2018, within the Southern District of California, defendant ROBERT ARNOLD KOESTER, did employ, use, persuade, induce, entice, and coerce a minor, MV1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Sections 2251(a) and (e).

### Count 2

On or about November 12, 2018, within the Southern District of California, defendant ROBERT ARNOLD KOESTER, did employ, use, persuade, induce, entice, and coerce a minor, MV2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States

1 | Code, Sections 2251(a) and (e).

2 | FORFEITURE ALLEGATIONS

3 | 1.     The allegations contained in Counts 1 and 2 of this Information are realleged
4 | and by reference fully incorporated herein for the purpose of alleging forfeiture to the
5 | United States of America pursuant to the provisions of Title 18, United States Code,
6 | Section 2253.

7 | 2.     Upon conviction of the offenses alleged in Counts 1 and 2, which involve
8 | violations of Title 18, United States Code, Sections 2251(a) & (e) (sexual exploitation of a
9 | child), defendant ROBERT ARNOLD KOESTER, shall forfeit to the United States,
10 | pursuant to Title 18, United States Code, Section 2253 all right, title and interest in:

11 | a.     any property, real or personal, used or intended to be used to commit or
12 | to facilitate the commission of such offense; and

13 | b.     any property, real or personal, constituting or derived from any
14 | proceeds that such person obtained, directly or indirectly, as a result of such violation of
15 | the offense.

16 | 3.     If any of the forfeitable property described above in Paragraph 2, as a result
17 | of any act or omission of the defendant,

18 | a.     cannot be located upon the exercise of due diligence;

19 | b.     has been transferred or sold to, or deposited with, a third party;

20 | c.     has been placed beyond the jurisdiction of the Court;

21 | d.     has been substantially diminished in value; or

22 | e.     has been commingled with other property which cannot be subdivided
23 | without difficulty;

24 | it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),
25 | as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any
26 | other property of the defendant up to the value of the forfeitable property described above
27 | in Paragraph 2.

28 | //

2

1 | All pursuant to Title 18, United States Code, Section 2253.

2

3 | Dated: _3/7/19_

ROBERT S. BREWER, JR.
United States Attorney

RENEE GREEN
Special Assistant U.S. Attorney

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3