Melissa Bobrow SBN 264440
Law Offices of Cassandra Hearn APC
750 B Street, Suite 1760
San Diego, CA 92101
Phone: (619) 800-0384
Email: melissa@hearnlawgroup.com

Attorney for ROBERT KOESTER

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### HONORABLE JANIS L. SAMMARTINO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ROBERT KOESTER,<br><br>   Defendant | Case No.: 19-CR-0782-(JLS)<br><br>NOTICE OF MOTIONS; MOTIONS TO:<br>1) COMPEL DISCOVERY; and<br>2) GRANT LEAVE TO FILE FURTHER MOTIONS<br><br>Judge: Hon. Janis L. Sammartino<br>Date: April 8, 2019<br>Time:  1:30 p.m.<br>Courtroom: 4D |

**TO: THE UNITED STATES ATTORNEY, ROBERT S. BREWER JR.; AND ASSISTANT UNITED STATES ATTORNEY, RENEE GREEN:**

**Please take notice** that on April 8, 2019 at 1:30 p.m. in the courtroom of the Honorable Janis L. Sammartino, defendant ROBERT KOESTER, by and through counsel, Melissa Bobrow, will ask this Court to enter an order granting the following motions.

///

///

# MOTIONS

Defendant, Robert Koester, by and through counsel, Melissa Bobrow, asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case, and local rules for an order to:

1) Compel Discovery;

2) Grant Leave to File Further Motions.

Dated: March 25, 2019

Respectfully submitted,

s./Melissa Bobrow
Melissa Bobrow
Attorney for Defendant,
Robert Koester