ROBERT S. BREWER, JR.
United States Attorney
RENEE GREEN
Special Assistant U.S. Attorney
Illinois Bar No. 6270798
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-6775
Renee.Green@usdoj.gov

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　vs.<br>ROBERT ARNOLD KOESTER,<br><br>　　　　　　Defendant. | Case No.: 19CR0782-JLS<br><br>Date: April 8, 2019<br>Time: 1:30 p.m.<br><br>UNITED STATES' MOTION FOR:<br>　(1) Reciprocal Discovery |

　　　The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Robert S. Brewer, Jr., United States Attorney, and Renee Green, Special Assistant United States Attorney, hereby files its Motion for Reciprocal Discovery. This motion is based upon the files and records of this case, together with memorandum of points and authorities.

///
///
///
///
///
///

# I
# POINTS AND AUTHORITIES

## A. Reciprocal Discovery

### 1. Rule 16(b)

Defendant has invoked Federal Rule of Criminal Procedure 16(a) in his motion for discovery and the Government has already voluntarily complied with the requirements of Federal Rule of Criminal Procedure 16(a). Therefore, Rule 16(b) should presently be determined to be operable as to Defendant.

The Government, pursuant to Rule 16(b), hereby requests that Defendant permit the Government to inspect, copy, and photograph any and all books, papers, documents, photographs, tangible objects, or make copies of portions thereof, which are within the possession, custody, or control of Defendant and which he intends to introduce as evidence in his case-in-chief at trial. The Government further requests that it be permitted to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, which are in the possession or control of Defendant, which he intends to introduce as evidence-in-chief at the trial or which were prepared by a witness whom Defendant intends to call as a witness. The Government also requests that the Court make such orders as it deems necessary under Rule 16(d)(l) and (2) to insure that the Government receives the discovery to which it is entitled.

### 2. Rule 26.2

Federal Rule of Criminal Procedure 26.2 requires the production of prior statements of all witnesses, except any statement of Defendant. The rule provides for the reciprocal production of Jencks statements. The time frame established by the rule requires the statement to be provided after the witness has testified, as in the Jencks Act. Therefore, the Government hereby requests that Defendant be ordered to supply all prior statements of defense witnesses by a reasonable date before trial

to be set by the Court. This order should include any form these statements are memorialized in, including, but not limited to, tape recordings, handwritten or typed notes, and/or reports.

## II

## CONCLUSION

For the foregoing reasons, the United States respectfully requests that the Court grant the Government's motion for reciprocal discovery.

DATED:   March 25, 2019            Respectfully submitted,

                                   ROBERT S. BREWER
                                   United States Attorney

                                    s/Renee Green
                                   RENEE GREEN
                                   Special Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 19CR0782-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| ROBERT ARNOLD KOESTER, | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, RENEE GREEN, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of United States' Motion for Reciprocal Discovery on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Melissa Bobrow, Esq.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 25, 2019.

                                                            s/Renee Green
                                                           RENEE GREEN
                                                           Special Assistant U.S. Attorney