# UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No:  19CR0782-JLS |
| | ) | |
| v. | ) | |
| ROBERT A. KOESTER | ) | |
| | ) | |

*PLEASE RECEIPT AND RETURN*

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
      (✓) Ad Prosequendum          ( ) Ad Testificandum.

Name of Detainee:   Robert A. Koester
Detained at (custodian): Attn: Warden, San Diego Central Jail, 1173 Front Street, San Diego, CA 92101

Detainee is:   a.)   (✓) charged in this district by:
                    ( ) Indictment     ( ) Information     (✓) Complaint
                    Charging Detainee With: Sexual Exploitation of a Child
  or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)   (✓) return to the custody of detaining facility upon termination of proceedings
  or   b.)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Motion Hearing/Trial setting before the Hon. Judge Janis Sammartino, Friday, 10/11/2019

I hereby attest and certify on 10-9-19
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

Signature: _____ for J. CABRAL
Printed Name & Phone no.: Janet A. Cabral, 619-546-8715
Attorney of Record for: United States of America

*RECEIVED 2019 OCT -9 PM 4:25 U.S. MARSHALS-S/CA*

## WRIT OF HABEAS CORPUS

      (✓) Ad Prosequendum          ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the name detainee, on the date and time received above, and any further proceeding to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

10/9/19
Date                                                   United States District/Magistrate Judge

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | ☑ Male | ☐ Female |
| Booking or Fed. Reg. #: | 18174208 | DOB: | 11/01/1966 |
| Facility Address: | San Diego Central Jail | Race: | White |
| | 1173 Front Street, San Diego, CA 92101 | FBI#: | 305G-SD-3019275 |
| Facility Phone: | 619-610-1647 | | |
| Currently Incarcerated For: | Sexual Battery/Rape/L&L Victim 14/15 yrs | | |

---

### RETURN OF SERVICE

Executed on: _____ by: _____       _____
                                                                             (Signature)

Form Crim-48                                                                              Revised 7/25/14

# Memorandum



| Subject | Date |
|---|---|
| AUSA Request for Transfer / Writ of Habeas Corpus | 8/9/2019 |

| To | From |
|---|---|
| San Diego Central Jail<br>1173 Front Street<br>San Diego, CA 92101<br>619-610-1647 | Janet A. Cabral<br>Assistant United States Attorney<br>(619) 546-8715 |

The following information is submitted in order to expedite the execution of the attached AUSA request/Writ of Habeas Corpus, to assist in the proper identification of defendant and/or witness, and to aid in the safety of the transporting deputies:

NAME: Robert Arnold Koester

AKA: Bert Kay, Rhaye Winter

DOB or AGE: 11/01/2019       RACE: White       SEX: MALE

BOOKING NO.: 18174208       BOP No.: _____

FBI NO.: 305G-SD-3019275

FEDERAL/STATE
CHARGES: 18 USC Sec 2251(a) and 18 USC Sec 2251

CASE NO.: 19CR0782-JLS

INSTITUTE'S PHONE NO.: 619-610-1647       COMMERCIAL: _____

OTHER INFORMATION AS TO HANDLING OF SUBJECT, ETC.:

If issues arise, please contact AUSA Janet Cabral at 619-546-8715;
or
Assistant James Dunnell at 619-546-9717; james.dunnell@usdoj.gov

It is understood that fifteen (15) working days are needed to process AUSA requests/writs of habeas corpus, except for those directed to San Diego County Jail, and then three (3) days are needed.

**(THIS MEMO IS TO REMAIN ATTACHED TO THE AUSA REQUEST/WRIT)**