# UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA )   Case No: 19CR0782-JLS
)
v. )
)
Robert Arnold Koester )
)

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(✓) Ad Prosequendum        ( ) Ad Testificandum.

Name of Detainee: Robert A. Koester
Detained at (custodian): Attn: Warden, George Bailey Det. Facility, 446 Alta Road, Ste. 5300, San Diego, CA

Detainee is:   a.)   (✓) charged in this district by:
               ( ) Indictment    (✓) Information    ( ) Complaint
               Charging Detainee With: Title 18 U.S.C. Sec. 2251(a)&(e)
or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ( ) return to the custody of detaining facility upon termination of proceedings
or   b.)   (✓) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Motion Hearing/Trial setting set for 11/15/2019 at 1:30 PM before Judge Janis L. Sammartino

I hereby attest and certify on 11/4/19
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Signature: _____
Printed Name & Phone no.: Janet A. Cabral
Attorney of Record for: United States of America

By _____ Deputy

## WRIT OF HABEAS CORPUS

(✓) Ad Prosequendum        ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the name detainee, on the date and time received above, and any further proceeding to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

11/1/19
Date

(SEAL)   _____
United States District/Magistrate Judge

---

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Bert Kay and Rhake Winter | ☑ Male    ☐ Female |
| Booking or Fed. Reg. #: | 18174208 | DOB: 11/01/1966 |
| Facility Address: | George Bailey Detention Facility | Race: White |
| | 446 Alta Road, Ste. 5300, San Diego, CA | FBI#: 305G-SD-3019275 |
| Facility Phone: | 619-210-0385 | |
| Currently Incarcerated For: | Child Sex related offenses | |

---

### RETURN OF SERVICE

Executed on: _____   by: _____

(Signature)

Form Crim-48                                                           Revised 7/25/14

# Memorandum



| Subject | Date |
|---|---|
| AUSA Request for Transfer / Writ of Habeas Corpus | 8/9/2019 |

| To | From |
|---|---|
| George Bailed Detention Facility<br>446 Alta Rd, Ste 5300<br>San Diego, CA | Janet A. Cabral<br>Assistant United States Attorney<br>(619) 546-8715 |

The following information is submitted in order to expedite the execution of the attached AUSA request/Writ of Habeas Corpus, to assist in the proper identification of defendant and/or witness, and to aid in the safety of the transporting deputies:

NAME: Robert Arnold Koester

AKA: Bert Kay, Rhaye Winter

DOB or AGE: 11/01/2019     RACE: White     SEX: MALE

BOOKING NO.: 18174208     BOP No.: _____

FBI NO.: 305G-SD-3019275

FEDERAL/STATE CHARGES: 18 USC Sec 2251(a) and 18 USC Sec 2251

CASE NO.: 19CR0782-JLS

INSTITUTE'S PHONE NO.: 619-210-0385     COMMERCIAL: _____

OTHER INFORMATION AS TO HANDLING OF SUBJECT, ETC.:

If issues arise, please contact AUSA Janet Cabral at 619-546-8715;
or
Assistant James Dunnell at 619-546-9717; james.dunnell@usdoj.gov

It is understood that fifteen (15) working days are needed to process AUSA requests/writs of habeas corpus, except for those directed to San Diego County Jail, and then three (3) days are needed.

**(THIS MEMO IS TO REMAIN ATTACHED TO THE AUSA REQUEST/WRIT)**