MELISSA BOBROW
SBN 264440
Law Offices of Cassandra Hearn APC
750 B Street, Suite 1760
San Diego, CA 92101
Phone 619-800-0384
Email: melissa@hearnlawgroup.com
Attorney for Robert Koester

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 19CR0782-JLS |
| Plaintiff, | ) |
| v. | ) JOINT MOTION TO TRANSFER VENUE |
| ROBERT ARNOLD KOESTER, | ) |
| Defendant. | ) |

Comes now Defendant ROBERT ARNOLD KOESTER, by his counsel, Melissa Bobrow, and the United States of America, by and through Robert S. Brewer, Jr., United States Attorney, and Janet A. Cabral, Assistant United States Attorney, and jointly move the Court pursuant to Fed. R. Crim. Proc. 21(b) to transfer venue in this case to the District of Oregon. The reasons for the transfer are as follows:

1. On September 26, 2019, defendant entered a guilty plea to various California Penal Code violations in the San Diego County Superior Court relating to the two victims who are the subject of the charges set forth in the Information in this case. [San Diego County Superior Court Case No. CN393449.] On October 25, 2019, defendant was sentenced to

25 years in custody as a result of his plea to the California state charges.

2. In addition to the charges pending in this case, defendant has been charged in a sealed indictment in the District of Oregon, Case No. 3:19-cr-00307-SI, Hon. Michael H. Simon, United States District Judge, with regard to seven additional victims not charged in this case.

3. In addition to the charges pending in this court and in the District of Oregon, defendant faces additional state charges in Yamhill County, Oregon.

4. The investigation with regard to this case, as well as the federal and state charges in Oregon, is continuing given the large amount of data to be analyzed. The vast majority of the evidence remaining to be analyzed was seized at defendant's residence in Oregon.

5. Defendant has not yet made an initial appearance on the charges pending against him in the District of Oregon, and in Yamhill County, Oregon, due to the pendency of this case in the Southern District of California.

6. It is in defendant's best interest to attempt to reach a global resolution of all the pending charges or, in the alternative, to have trial proceed in a single district.

Based thereon, the defendant hereby moves the Court pursuant to Rule 21(b), with the agreement of the government, to transfer venue of this case for all purposes to the District of Oregon. Defendant expressly waives any objection to the exercise of venue in the District of Oregon with regard to the charges contained in this case. Furthermore, defendant agrees to the consolidation of the

charges contained in this case with those contained in the sealed indictment in the District of Oregon.

Finally, the parties jointly move the court to exclude time under the Speedy Trial Act during the pendency of the transfer of the case and the defendant to the District of Oregon pursuant to 18 U.S.C. § 3161(h)(1)(E) and (F), as well as pursuant to 18 U.S.C. § 3161(h)(7)(A), in the interests of justice considering the complex nature of the case as previously found by this Court.

DATED: January 29, 2020   Respectfully submitted,

*s/Melissa Bobrow*
MELISSA BOBROW
Counsel for Defendant

ROBERT S. BREWER, JR.
United States Attorney

*s/Janet A. Cabral*
JANET A. CABRAL
Assistant U.S. Attorney